United States District Court
Southern District of Texas
**ENTERED**
February 03, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TYLER LEE JOHNSON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-1863 |
| § | |
| NEXION HEALTH AT HUMBLE INC; dba § | |
| HUMBLE HEALTHCARE CENTER, § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety days from the entry of this order on representation that approval of the settlement could not be obtained from principals.

SIGNED at Houston, Texas, this 3rd day of February, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE